**Hardeep Singh BHAMRA, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–71377.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 25, 2015.

Saad Ahmad, Fremont, CA, for Petitioner.

Drew Brinkman, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Hardeep Singh Bhamra, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his third motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Bhamra's third motion to reopen where it was filed over eight years after his order of removal became final, *see* 8 C.F.R. § 1003.2(c)(2), and Bhamra failed to establish materially changed circumstances in India to qualify for the regulatory exception to the time and number limitations for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Toufighi*, 538 F.3d at 996–97 (evidence was immaterial in light of prior adverse credibility determination); *Najmabadi v. Holder*, 597 F.3d 983, 987–90 (9th Cir.2010) (evidence must be "qualitatively different" to warrant reopening). We reject Bhamra's contention that the BIA did not consider and assess the rele-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

vant evidence. *See Najmabadi*, 597 F.3d at 990–91 (BIA adequately considered the evidence and sufficiently announced its decision).

**PETITION FOR REVIEW DENIED.**

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.